Leave to Proceed Under Seal Denied. Plaintiff has not met any of the factors set forth in *United States v. Hubbard*, 650 F.2d 293, 317 (D.C. Cir. 1990).

*/s/ Rudolph Contreras*
Rudolph Contreras
District Court Judge
08/20/2020

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

WEINSCHENK )
           Plaintiff(s), )
           )
   - v -          )   Civil Action No:
           )
CENTRAL INTELLIGENCE AGENCY )
           Defendant(s). )

Case: 1:20-mc-00077
Assigned To : Unassigned
Assign. Date : 8/20/2020
Description: Misc.

## MOTION TO PROCEED UNDER SEAL

Charles Weinschenk, plaintiff, requests this suit be initiated under seal in the hopes of settling matters prior to trial. A jury trial is requested if matters cannot be resolved and proceeding in the public interest is acceptable.

*[signature]*     8-5-20
*Sign and Date*

Ryan Weinschenk
Plaintiff, pro se